**[J-31-2016] [MO: Donohue, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 19 EAP 2015 |
| | : | |
| Appellant | : | Appeal from the Judgment of the |
| | : | Superior Court entered on November |
| | : | 10, 2014 at No. 272 EDA 2013 |
| v. | : | reversing the Judgment of Sentence of |
| | : | the Court of Common Pleas of |
| | : | Philadelphia County, Criminal Division, |
| WILLIAM CHILDS, | : | entered on January 16, 2013 at No. CP- |
| | : | 51-CR-0012722-2010 |
| Appellee | : | |
| | : | ARGUED:  March 9, 2016 |

**CONCURRING OPINION**

**JUSTICE TODD**                                    **DECIDED:  July 19, 2016**

I join the Majority Opinion in full.  I write to address the expressions of Justice Dougherty in his Concurring Opinion in which he offers, should the General Assembly revisit the issue, that our decision in Commonwealth v. Mouzon, 53 A.3d 738 (Pa. 2012), "effectively recognized" that this Court "may have erroneously" placed upon the Commonwealth the burden to disprove a self-defense claim.  See Concurring Opinion (Dougherty, J.) at 2-3 (citing Mouzon).  I would caution the General Assembly to view this entreaty with care:  given that the cited expressions in Mouzon, as detailed in my Concurring Opinion in that case, were far afield from the matter at hand in that case, they were nonbinding *dicta*.   See Mouzon, 53 A.3d at 754-55 (Todd, J., concurring; joined by Baer, J.).